An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY STROHMEYER,
                    Appellant,
            vs.
RENEE BAKER,
                    Respondent.

No. 67810

**FILED**

MAY 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a motion for injunction. Sixth Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from an order dismissing a motion for injunction filed in a criminal case, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
        Saitta

_____, J.
        Gibbons

_____, J.
        Pickering

cc:     Hon. Jim C. Shirley, District Judge
        Jeremy Strohmeyer
        Attorney General/Carson City
        Pershing County District Attorney
        Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-14652